IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY TURNER, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-69(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

## JUDGMENT

Pursuant to this Court's Order dated September 27, 2021, and for the reasons stated therein, JUDGMENT is hereby entered remanding the decision to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).

This 28th day of September, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk