**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **J.T.**, <br><br>     Plaintiff, <br><br> v. <br><br> **COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION**, <br><br>     Defendant. | Civil Action No. 7:20-CV-69 (HL) |

**ORDER**

Before the Court is the Magistrate Judge's Recommendation on Plaintiff's Motion for Attorney's Fees. (Doc. 29). The Magistrate Judge recommends **GRANTING in part** and **DENYING in part** Plaintiff's Motion for Attorney's Fees.

Plaintiff did not file objections to the Recommendation. The Recommendation is accepted and adopted. The Court **GRANTS in part** and **DENIES in part** Plaintiff's Motion for Attorney's Fees. The Court awards Plaintiff the amount of $8191.62, for 34.15 hours of work at the rate of $125/hour. Pursuant to the dictates of *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government may accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

**SO ORDERED** this 2nd day of June, 2022.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**