IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY TURNER, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-69(HL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

## J U D G M E N T

Pursuant to the Order of this Court filed June 2, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,191.62.

This 2nd day of June, 2022.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk